UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN WILLIAMS, | Case No. 07-CV-1286-BEN (JMA) |
| Plaintiff, | **ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| MORGAN STANLEY DEAN WITTER & CO., et al., | |
| Defendants. | |

The Early Neutral Evaluation Conference previously scheduled to be held on September 26, 2007 at 2:00 p.m. is hereby VACATED. Instead, an Early Neutral Evaluation Conference will be held on **October 17, 2007** at **2:00 p.m.** in the chambers of Magistrate Judge Jan M. Adler.

**IT IS SO ORDERED.**

DATED: September 21, 2007

Jan M. Adler
U.S. Magistrate Judge

07cv1286