UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN WILLIAMS, ) | Case No. 07-CV-1286-BEN (JMA) |
| ) | |
| Plaintiff, ) | **ORDER SCHEDULING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| MORGAN STANLEY DEAN WITTER & ) | |
| CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

A telephonic Case Management Conference shall be held on **February 6, 2008** at **9:00 a.m.** All counsel and unrepresented parties shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: January 28, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv1286